

ELECTRONICALLY FILED
5/4/2021 1:56 PM
02-DV-2021-901223.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE DISTRICT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| **JASMINE QUINNEY,** § | |
| Plaintiff, § | |
| vs. § | Case No.:   DV-2021- |
| **SOUTHEASTERN GROCERS, INC.,** § | |
| **A, B, and C,** being the person or persons who caused an unsafe condition for Jasmine Quinney at the time and place referred to in this Complaint whose identities are otherwise unknown to plaintiff but who will be added by amendment when ascertained, § § § § | |
| Defendants. | |

## COMPLAINT

COMES NOW Jasmine Quinney, for her complaint for damages against defendants Southeastern Grocers, Inc., A, B, and C, alleges as follows:

1. Jasmine Quinney is an adult resident of Mobile County, Alabama.

2. Defendant Southeastern Grocers, Inc., is a foreign corporation that at all times material to this complaint was doing business in Duval County, Florida.

3. On or about December 19, 2019, plaintiff Jasmine Quinney, while a business invitee at defendants' Winn-Dixie store, located on 1550 Government Street, Mobile, Alabama, was caused to fall by an unsafe condition on the premises and was injured.

4. Defendants Southeastern Grocers, Inc., A, B, and C were at all material times in control of said premises and/or had responsibility for the condition of said premises.

5. Defendants Southeastern Grocers, Inc., A, B, and/or C created, knew, or should have known of the unsafe condition.



6. Plaintiff's injuries and other damages as set forth below were proximately caused by the negligence of defendants in one or more of the following respects:

a. failing to maintain said premises in a reasonably safe condition for business invitees such as plaintiff;

b. failing to warn business invitees such as plaintiff of the unsafe condition on its premises;

c. failing to properly train and/or supervise agents, servants and employees regarding safeguarding business invitees such as plaintiff from unsafe conditions on the premises;

d. failing to timely remedy the unsafe condition for the safety of customers and business invitees, including plaintiff;

e. causing or creating the unsafe condition that caused plaintiff to fall.

7. Defendants' said negligence proximately caused plaintiff to suffer injuries and damages including but not limited to: she suffered physical injuries to her person; she underwent medical evaluation and treatment for her injuries; she incurred expenses for said evaluation and treatment of her injuries; she has been caused to suffer physical pain and mental anguish; and she will be caused to suffer similar damages in the future.

WHEREFORE, Plaintiff Jasmine Quinney demands judgment against Defendants Southeastern Grocers, Inc., A, B, and C for compensatory damages and costs of this action.

Respectfully Submitted,

/s/ T. Randall Lyons
T. Randall Lyons (LYO006)
David J. Maloney (MAL014)
MALONEY-LYONS LLC
Attorneys for Plaintiff
601 Government Street
Mobile, Alabama 36602
(251) 433-4440
(251) 433 5696 (fax)
rylons@maloneylyons.com

**Please serve the Defendants by Certified Mail, Return Receipt Requested, as follows:**

**Southeastern Grocers, Inc.**
**8928 Prominence Parkway, #200**
**Jacksonville, Florida 32256**